**Fill in this information to identify the case:**

Debtor 1    MICHAEL E JEAN-BAPTISTE

Debtor 2    BRITTANY E JEAN-BAPTISTE
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania
Case number 25-12379-amc

Official Form 410S1

# Notice of Mortgage Payment Change                                    **12/15**

**If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Freedom Mortgage Corporation

**Last four digits** of any number you    6067
use to identify the debtor's account:

**Court claim no**. (if known):  19

**Date of payment change:**    12/01/2025
Must be at least 21 days after date of
this notice

**New total payment:**    $3,707.71
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No

☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $ 1,321.26    **New escrow payment:**    $ 1,329.00

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☒ No

☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:**    _____%        **New interest rate:**    _____%

**Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect*.)

Reason for change: _____

**Current mortgage payment:** $ ____    **New mortgage payment:** $ _____

Official Form 410S1                        Notice of Mortgage Payment Change                        page 1

Debtor1    MICHAEL E JEAN-BAPTISTE                          Case number *(if known)* 25-12379-amc
    First Name    Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘   */s/ Andrew Spivack*                                         Date  10/27/2025
    Signature

**Print:  Andrew Spivack (84439)**                               Title  Attorney
    First Name    Middle Name    Last Name

Company   Brock & Scott, PLLC

    Address   3825 Forrestgate Dr.
    Number    Street

    Winston-Salem, NC 27103
    City    State    ZIP Code

Contact phone  844-856-6646                                      Email PABKR@brockandscott.com

L.B.F. 9014-4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE: <br> MICHAEL E JEAN-BAPTISTE AND BRITTANY E JEAN-BAPTISTE | Case No. 25-12379-amc <br> Chapter 13 |
| Freedom Mortgage Corporation, <br><br>     Movant <br><br> vs. <br><br> MICHAEL E JEAN-BAPTISTE AND BRITTANY E JEAN-BAPTISTE, <br>     Debtors | |

### CERTIFICATE OF SERVICE

    I, the undersigned, certify that on October 27, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Mortgage Payment Change

    I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: October 27, 2025

                          */s/Andrew Spivack*
                          Andrew Spivack, PA Bar No. 84439
                          Mario Hanyon, PA Bar No. 203993
                          Ryan Srnik, PA Bar No. 334854
                          Jay Jones, PA Bar No. 86657
                          Attorney for Creditor
                          BROCK & SCOTT, PLLC
                          3825 Forrestgate Drive
                          Winston Salem, NC 27103
                          Telephone: (844) 856-6646
                          Facsimile: (704) 369-0760
                          E-Mail: PABKR@brockandscott.com

_____

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

BRAD J. SADEK, Debtor's Attorney
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
brad@sadeklaw.com
Debtor's Attorney

Via:   ☒ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
☐ Other:

KENNETH E. WEST,
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee
Via:   ☒ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
☐ Other:

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street  Suite 320
Philadelphia, PA 19107
US Trustee
Via:   ☒ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
☐ Other:

MICHAEL E JEAN-BAPTISTE
646 EDMONDS AVENUE
DREXEL HILL, PA 19026
Debtor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
☐ Other:

BRITTANY E JEAN-BAPTISTE
646 EDMONDS AVENUE
DREXEL HILL, PA 19026
Debtor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
☐ Other:

**FREEDOM MORTGAGE®**
P.O. BOX 50485
INDIANAPOLIS, IN 46250-0485

## Escrow Account Disclosure Statement

### Account Information

BRITTANY E JEAN-BAPTISTE
MICHAEL E JEAN-BAPTISTE
646 EDMONDS AVE
DREXEL HILL PA 19026-3127

| | |
|---|---|
| Loan Number: | |
| Property Address: | 646 EDMONDS AVE |
| | DREXEL HILL PA 19026 |
| Statement Date: | **10/10/2025** |
| Current Payment Amount: | **$3,768.52** |
| **New Payment Amount:** | **$3,707.71** |
| **New Payment Effective Date:** | **12/01/2025** |

You are receiving this statement because you have an escrow account with us. We have safeguards in place to ensure there is enough money in your account to cover your homeowner's insurance, real estate taxes and mortgage insurance, if applicable. However, changes in your taxes and insurance could result in a shortage or surplus in your escrow account.

Based on our most recent escrow analysis. you have a surplus of $2,181.80.  A surplus check in the amount of $2,181.80 to be printed and mailed in a separate document.

Due to the delinquent status of your account, your surplus will be retained in reserve until the account becomes current. Once your account is current, it is your responsibility to contact Freedom Customer Care at (855) 690-5900 to request the release of any surplus when the status of your account changes.

| | |
|---|---|
| Projected Minimum Balance | $4,406.02 |
| - Required Minimum Balance | $2,224.22 |
| Surplus | $2,181.80 |

The required minimum balance (also known as the escrow cushion) is the amount that you are required to pay into your escrow account to cover unanticipated disbursements for escrow items or for disbursements that have to be made before the monthly escrow payments are available in your escrow account.

Part 1 provides your current and the new escrow payment amounts. Part 2 shows what has already happened in your account while Part 3 shows what we anticipate happening in your account over the next 12 months.  As tax and insurance amounts may be subject to change each year, the amounts in Part 3 are only estimates.

## PART 1 — Your Mortgage Payment

### Payment information beginning with your 12/01/2025 payment

| Payment Information | Current Monthly Payment | New Monthly Payment |
|---|---|---|
| Principal & Interest: | $2,378.71 | $2,378.71 |
| Escrow Payment: | $1,389.81 | $1,329.00 |
| **Total Payment:** | **$3,768.52** | **$3,707.71** |

Due to the delinquent status of your account, your surplus will be retained in reserve until the account becomes current.

## PART 2 — Your Escrow Account History

The chart below compares what we projected to occur with actual activity in your escrow account since the last analysis.

### Previous Year's Projections (Estimated)

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | **$5,981.58** |
| Jul 2025 | $1,321.26 | $221.62 | FHA MORTGAGE INSURANCE | $7,081.22 |
| Aug 2025 | $1,321.26 | $221.62 | FHA MORTGAGE INSURANCE | $8,180.86 |
| Aug 2025 | $0.00 | $5,981.58 | SCHOOL/ISD TAX | $2,199.28 |
| Sep 2025 | $1,321.26 | $221.62 | FHA MORTGAGE INSURANCE | $3,298.92 |
| Oct 2025 | $1,321.26 | $221.62 | FHA MORTGAGE INSURANCE | $4,398.56 |
| Nov 2025 | $1,321.26 | $221.62 | FHA MORTGAGE INSURANCE | $5,498.20 |
| **Total** | **$6,606.30** | **$7,089.68** | | |

### Actual Activity

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | **$1,549.14** |
| Jul 2025 | $0.00 | $221.62 | FHA MIP RBP MON | $1,327.52 |
| Aug 2025 | $0.00 | $221.62 * | FHA MIP RBP MON | $1,105.90 |
| Aug 2025 | $0.00 | $6,131.13 | SCHOOL/ISD TAX | ($5,025.23) |
| Sep 2025 | $0.00 | $216.89 * | FHA MIP RBP MON | ($5,242.12) |
| Oct 2025 | $1,321.26 E | $216.89 * E | | ($4,137.75) |
| Nov 2025 | $1,321.26 E | $216.89 E | | ($3,033.38) |
| **Total** | **$2,642.52** | **$7,225.04** | | |

An asterisk (*) indicates a difference in that month between the actual activity and the estimated activity.

INTERNET REPRINT

When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

A double asterisk (**) indicates a difference in that month between the actual activity and the estimated activity due to interest payable on escrow which is not estimated.



**PART 3**

## Expected Escrow Payments over the next 12 Months

| | |
|---|---|
| HOMEOWNERS | $3,078.00 |
| FHA MIP RBP MO | $2,602.68 |
| COUNTY TAX | $895.29 |
| SCHOOL/ISD TAX | $6,131.13 |
| TOWNSHIP TAX | $3,240.90 |
| **Total Disbursements** | **$15,948.00** |

Freedom expects to pay $15,948.00 over the next 12 months.

Here's how to calculate your new monthly escrow payment:

| | |
|---|---|
| Total Disbursements: | $15,948.00 |
| ÷ 12 Months: | 12 |
| **New Monthly Escrow Payment** | **$1,329.00** |

### Summary of Your Projected Escrow Account for the Coming Year

| Date | Payment to Escrow | What We Expect to Pay Out | Description | Your Actual Balance | Balance Needed In Your Account |
|---|---|---|---|---|---|
| | | | Beginning Balance | $7,742.35 | $5,560.55 |
| Dec 2025 | $1,329.00 | $216.89 | FHA MIP RBP MON | $8,854.46 | $6,672.66 |
| Jan 2026 | $1,329.00 | $216.89 | FHA MIP RBP MON | $9,966.57 | $7,784.77 |
| Feb 2026 | $1,329.00 | $216.89 | FHA MIP RBP MON | $11,078.68 | $8,896.88 |
| Mar 2026 | $1,329.00 | $3,078.00 | HOMEOWNERS | $9,329.68 | $7,147.88 |
| Mar 2026 | $0.00 | $216.89 | FHA MIP RBP MON | $9,112.79 | $6,930.99 |
| Mar 2026 | $0.00 | $3,240.90 | TOWNSHIP TAX | $5,871.89 | $3,690.09 |
| Apr 2026 | $1,329.00 | $216.89 | FHA MIP RBP MON | $6,984.00 | $4,802.20 |
| Apr 2026 | $0.00 | $895.29 | COUNTY TAX | $6,088.71 | $3,906.91 |
| May 2026 | $1,329.00 | $216.89 | FHA MIP RBP MON | $7,200.82 | $5,019.02 |
| Jun 2026 | $1,329.00 | $216.89 | FHA MIP RBP MON | $8,312.93 | $6,131.13 |
| Jul 2026 | $1,329.00 | $216.89 | FHA MIP RBP MON | $9,425.04 | $7,243.24 |
| Aug 2026 | $1,329.00 | $216.89 | FHA MIP RBP MON | $10,537.15 | $8,355.35 |
| Aug 2026 | $0.00 | $6,131.13 | SCHOOL/ISD TAX | $4,406.02 | $2,224.22 * |
| Sep 2026 | $1,329.00 | $216.89 | FHA MIP RBP MON | $5,518.13 | $3,336.33 |
| Oct 2026 | $1,329.00 | $216.89 | FHA MIP RBP MON | $6,630.24 | $4,448.44 |
| Nov 2026 | $1,329.00 | $216.89 | FHA MIP RBP MON | $7,742.35 | $5,560.55 |
| | $15,948.00 | $15,948.00 | | | |

The required minimum balance, as indicated by the asterisk (*) in the summary above, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your minimum balance may include up to two months of escrow payments (excluding PMI/MIP) to cover increases to your taxes and homeowners insurance.

**PART 4**

## What This Means to You

Your escrow balance is more than the amount needed in your account. The resulting surplus is $2,181.80. Federal Law requires that any surplus of $50.00 or greater must be returned to you within 30 days from the date of analysis.

Due to the delinquent status of your account, your surplus will be retained in reserve until the account becomes current.

Did you know by having recurring payments set up through FreedomMortgage.com, we'll adjust for any changes in your monthly payment automatically? However, if you have automatic bill pay through your bank, you'll need to contact them directly to adjust your payment. To sign up for recurring payments, login to your Freedom Mortgage account or register today at MyAccount.FreedomMortgage.com.

**PART 5**

## How You Can Reach Us with Questions

Should you have any questions regarding the information provided in this statement please do not hesitate to contact us at (855) 690-5900. Customer Care representatives are available to assist you Monday through Friday 8:00AM – 8:00PM and Saturday 9:00AM – 2:00PM Eastern Time.

**IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**

LOAN NUMBER: ████████

Freedom Mortgage Corporation
NMLS # ████